Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by MARGARET McNEIL, Widow, Respondent, on Account of the Death of FRANK McNEIL, Deceased, v. CARSO PAPER COMPANY, Employer, and UTICA MUTUAL INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of MICHAEL ZEIGLER, Respondent, for Compensation under the Workmen's Compensation Law, v. GENERAL ELECTRIC COMPANY, Employer and Self-Insurer, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of CHARLOTTE KAUFMAN, Mother of JOHN HOWARD KAUFMAN, Employee, Respondent, for Compensation under the Workmen's Compensation Law, v. MOTZKIN BROTHERS, Employer, and UNITED STATES CASUALTY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by GRACE T. TRAVIS, Widow, on Behalf of Herself and Minor Children, Respondent, on Account of the Death of DAVID A. TRAVIS, Deceased, v. NATIONAL ELECTROTYPE COMPANY, Employer, Defendant, and NEW YORK PRINTERS AND BOOKBINDERS MUTUAL INSURANCE COMPANY, Insurance Carrier, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of STANLEY KANIECKI, for Compensation under the Workmen's Compensation Law, Respondent, v. JOHN S. BECKWITH, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of SACCARO LUCA, Respondent, for Compensation under the Workmen's Compensation Law, v. GRASSI CONTRACTING COMPANY, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award reversed on the ground that proof of causal connection is insufficient, and matter remitted to the State Industrial Board for further consideration. No costs. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of the STATE TREASURER, Respondent, for Compensation under the Workmen's Compensation Law, for the Death of CHARLES BERRY, v. KATZ BROTHERS LEATHER GOODS COMPANY, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award reversed, and claim dismissed, with costs against the State Industrial Board. All concur.

FLORENCE McKIERNAN, Appellant, v. PATRICK McKIERNAN, Respondent.— Judgment and order unanimously affirmed, without costs.

In the Matter of the Petition of PATRICK H. McQUADE, Respondent, for a Peremptory Mandamus Order, Directed to GEORGE P. BRISTOL and Others, as and Constituting the Retirement Board of the New York State Teachers' Retirement System, Appellants.— Order unanimously affirmed, with costs.

J. VAN VECHTEN OLCOTT, as Receiver in Bankruptcy of the FERGUSON CON-